WILLIAM L. SHANNON, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

*Shannon* v. *N. Y. & Queens El. L. & P. Co.,* 99 App. Div. 627, reversed.
(Argued January 17, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 23, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Eugene Lamb Richards, Jr.,* for appellant.

*Melville J. France, George V. S. Williams* and *William R. Wilson* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the dissenting opinion of WOODWARD, J., below.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.